Joseph Antonelli (SBN: 137039)
*jantonelli@antonellilaw.com*
Janelle Carney (SBN: 201570)
*jcarney@antonellilaw.com*
Jason Hatcher (SBN: 285481)
*jhatcher@antonellilaw.com*
**LAW OFFICE OF JOSEPH ANTONELLI**
14758 Pipeline Ave., Suite E, 2nd Floor
Chino Hills, CA 91709-6025
Telephone: (909) 393-0223/ Facsimile: (909) 393-0471

Attorneys for Plaintiff Evelia Mosqueda,
on behalf of herself and all others similarly situated.
*(Additional Plaintiff's Counsel listed on service list.)*

Christina Bouchot (SBN: 289701)
*cbouchot@goodwinprocter.com*
Bradford J. Smith (*pro hac vice*)
*bsmith@goodwinprocter.com*
Leann Walsh (*pro hac vice*)
*lwalsh@goodwinprocter.com*
**Goodwin Procter LLP**
53 State Street Exchange Place
Boston, MA 02109
Tel.: 617-570-1000
Fax.: 617-523-1231

**NOTE: ADDITION MADE TO THIS DOCUMENT**

Attorneys for Defendant
UniFirst Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIA MOSQUEDA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIRST CORPORATION, a Massachusetts Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No.: 2:14-cv-05324-AB (VBK)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Action Filed: May 5, 2014<br><br>**[Referred to Magistrate Judge Victor B. Kenton]**<br><br>Judge: Hon. Andre Birotte Jr.<br>Courtroom: 790 |

1
2
3
4   Upon consideration of the parties' Stipulated Protective Order, and good cause appearing, IT IS HEREBY ORDERED that the Stipulated Protective Order be and hereby is entered, pursuant to Fed. R. Civ. Proc. 26(c). The Stipulated Protective Order as entered is attached hereto as **Exhibit 1**.

5   **IT IS SO ORDERED.**

6   **NOT APPLICABLE TO TRIAL OR EVIDENTIARY HEARINGS**
7   **BEFORE THE DISTRICT JUDGE UNLESS SO ORDERED.**
8

9   Dated: December 8, 2014           _____/s/_____
10                                     HON. VICTOR B. KENTON
                                       UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**[PROPOSED[ ORDER FOR ENTRY OF STIPULATED PROTECTIVE ORDER**